**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 979
:
APPOINTMENTS TO THE JUVENILE : SUPREME COURT RULES DOCKET
COURT PROCEDURAL RULES :
COMMITTEE :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2024, Christa K. Schott, Esquire, McKean County, and Yasmine Isabella Rosario Finnegan, Esquire, Montgomery County, are hereby appointed as members of the Juvenile Court Procedural Rules Committee for a term of five years, commencing April 1, 2024.